[EDITORS' NOTE: THE OPINION ORIGINALLY APPEARING ON THIS PAGE WAS WITHDRAWN AT THE REQUEST OF THE COURT.] *Page 1143 
[EDITORS' NOTE: THE OPINION ORIGINALLY APPEARING ON THIS PAGE WAS WITHDRAWN AT THE REQUEST OF THE COURT.] *Page 1144 
[EDITORS' NOTE: THE OPINION ORIGINALLY APPEARING ON THIS PAGE WAS WITHDRAWN AT THE REQUEST OF THE COURT.] *Page 1145 
[EDITORS' NOTE: THE OPINION ORIGINALLY APPEARING ON THIS PAGE WAS WITHDRAWN AT THE REQUEST OF THE COURT.] *Page 1146 
[EDITORS' NOTE: THE OPINION ORIGINALLY APPEARING ON THIS PAGE WAS WITHDRAWN AT THE REQUEST OF THE COURT.] *Page 1147 
[EDITORS' NOTE: THE OPINION ORIGINALLY APPEARING ON THIS PAGE WAS WITHDRAWN AT THE REQUEST OF THE COURT.] *Page 1148 
[EDITORS' NOTE: THE OPINION ORIGINALLY APPEARING ON THIS PAGE WAS WITHDRAWN AT THE REQUEST OF THE COURT.] *Page 1149 
[EDITORS' NOTE: THE OPINION ORIGINALLY APPEARING ON THIS PAGE WAS WITHDRAWN AT THE REQUEST OF THE COURT.] *Page 1150